Bar Docket No. 8947

(603 P.2d 1021)

In re: LARRY DOUGLAS FRIESEN, voluntary surrender of his certificate to practice law in the State of Kansas.

Order cancelling certificate filed December 11, 1979.

*Per Curiam:* On December 5, 1979, LARRY DOUGLAS FRIESEN voluntarily surrendered his certificate admitting him to practice law in the courts of the State of Kansas, and it is BY ORDER OF THE COURT CONSIDERED AND ACCEPTED.

The Clerk of this Court is ORDERED AND DIRECTED to mark the certificate VOID and to STRIKE Larry Douglas Friesen's name from the roll of attorneys.

BY ORDER OF THE COURT.